UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:09-CR-445 CAS |
| v. ) | |
| ) | |
| LATISHA ANDERSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Audrey G. Fleissig. On September 30, 2009, Judge Fleissig filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence and Statements be denied.

Defendant filed general objections to the Magistrate Judge's Report and Recommendation on October 8, 2009. Defendant objected to the Magistrate Judge's recommendation that the motion to suppress statements should be denied, on the basis that the statements were the direct result of an unlawful search of defendant's purse by police officers.

The Court has carefully and independently reviewed the full record, and has listened to a recording of the evidentiary hearing held this matter on September 15, 2009. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Anderson are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 29]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements is **DENIED**. [Doc. 19]

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  3rd  day of November, 2009.